OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

ZIP 78701 $ 000.27⁵
02 1W
0001401603 OCT 19 2015

U.S. POSTAGE ≫ PITNEY BOWES

WR-59,615-13

Abel Acosta, Clerk

**10/13/2015**
**WALDRUP, DEWAYNE LEE** Tr.Ct.No. 882445-F
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

DEWAYNE LEE WALDRUP
- TDC # 1081284
Liberty County Jail
2400 Beaumont Ave
Liberty Tx 77575